UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. 3:25-MJ-00016 |
| v. | |
| VICTOR GARCIA TEUTLE,<br>Defendant. | (CARABALLO, M.J.) |

## MOTION TO UNSEAL THE CASE

The United States Attorney for the Middle District of Pennsylvania and Tatum R. Wilson, Assistant United States Attorney, respectfully move the Court to unseal this case except for the Affidavit of Probable Cause attached to the Complaint.

Respectfully submitted,

JOHN C. GURGANUS
Acting United States Attorney

/s/ Tatum R. Wilson
TATUM R. WILSON
Assistant United States Attorney
Attorney ID # PA208649
235 N. Washington Avenue, Suite 311
Scranton, PA 18503
(570) 348-2800
tatum.wilson@usdoj.gov

FILED
SCRANTON
APR 08 2025
PER _____
DEPUTY CLERK