UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : NO. 3:25-MJ-00016 |
| v. | : |
| | : |
| VICTOR GARCIA TEUTLE, | : (CARABALLO, M.J.) |
| Defendant. | : |

### ORDER

NOW THIS  8th  day of April 2025, upon consideration of the Government's Motion to Unseal the Case, it is hereby ORDERED, that the Clerk may unseal the above captioned case, *except for* the Affidavit of Probable Cause attached to the Complaint.

_____
PHILLIP J. CARABALLO
United States Magistrate Judge