# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **No. 3:25-MJ-16** |
| | : | |
| | : | |
| **v.** | : | **(Caraballo, M.J.)** |
| | : | |
| **VICTOR GARCIA TEUTLE,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

**AND NOW**, this 8th day of April 2025, following an initial appearance before the undersigned where the defendant waived his right to a preliminary hearing, **IT IS ORDERED** that this case, unless dismissed, shall be charged by Information or presented to the Grand Jury to determine whether an Indictment should be returned, within the next 30 days, pursuant to 18 U.S.C. § 3161(b). The failure to comply with that deadline, and any extensions thereof, shall result in the dismissal of the Complaint, pursuant to 18 U.S.C. § 3162(a)(1).

BY THE COURT,

*s/Phillip J. Caraballo*
PHILLIP J. CARABALLO
UNITED STATES MAGISTRATE JUDGE